| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>KELLEHER, Robert J. | 2. Court or Organization<br><br>US District Court, Central District of California | 3. Date of Report<br><br>04/27/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>255 East Temple Street<br>Suite 1434<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

---

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Member, Executive Committee | United States Tennis Association |
| 2.   Member, Executive Committee | Southern California Tennis Association |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Kelleher, Robert J.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. House, Oceanside, California Appraisal 12/5/07 | B | Rent | P1 | Q | | | | | |
| 2. Bank of America | | None | J | T | | | | | |
| 3. Southland Credit Union | A | Interest | J | T | | | | | |
| 4. Duffer Corp. | | None | J | T | | | | | |
| 5. Pimco Total Return Fund | C | Dividend | | | Sold | 12/07/10 | L | | |
| 6. Schwab U.S. Treasury Money Fund | A | Interest | K | T | | | | | |
| 7. Abbott Laboratories | A | Dividend | | | Sold | 12/13/10 | J | | |
| 8. Conoco Phillips | A | Dividend | J | T | | | | | |
| 9. Emerson Electric | A | Dividend | J | T | | | | | |
| 10. FPL Group Inc. | A | Dividend | J | T | | | | | |
| 11. Johnson Johnson | A | Dividend | | | Sold | 12/13/10 | J | | |
| 12. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 13. Nestle SA Reg. B | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 14. Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 15. CSI Equity Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 16. BASF AG Spons ADR | A | Dividend | | | Sold | 06/01/10 | J | | |
| 17. Royal Dutch Shell A ADRF | A | Dividend | | | Sold | 03/31/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Roche Hldg. Ltd. Spon ADRF | A | Dividend | | | Sold | 12/13/10 | J | | |
| 19. IShares MSCI Japan IDX Fd | A | Dividend | | | Sold | 12/13/10 | K | | |
| 20. IShares TR Dow Jones RE | A | Dividend | | | Sold | 06/29/10 | K | | |
| 21. Fed. Farm Cr BK 3.87% 10 notes due 07/28/10 | A | Interest | L | T | | | | | |
| 22. Fed. Farm Cr BK 3.45% 12 notes due 05/16/12 | A | Interest | K | T | | | | | |
| 23. US Treas Bill 07/31/08 | A | Interest | K | T | | | | | |
| 24. US Treas Bill 01/29/09 | A | Interest | K | T | | | | | |
| 25. US Treas Bill 03/26/09 | A | Interest | K | T | | | | | |
| 26. US Treas Bill 05/28/09 | A | Interest | L | T | | | | | |
| 27. US Treas Bill 11/19/09 | A | Interest | L | T | | | | | |
| 28. Honeywell International | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 29. Nokia Corp Spon ADR F | A | Dividend | | | Sold | 05/26/10 | J | | |
| 30. Encana Corporation F | A | Dividend | | | Sold | 12/13/10 | K | | |
| 31. ABB LTD ADR F | A | Dividend | | | Sold | 12/28/10 | J | | |
| 32. Amgen Incorporated | A | Dividend | | | Sold | 11/09/10 | J | | |
| 33. Bundesrepublik 4.25% 12F Bonds due 12/12/12 | A | Interest | | | Sold | 10/29/10 | K | | |
| 34. Canada Govt. 3.75% 12F Bonds due 06/01/12 | A | Interest | | | Sold | 12/10/10 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Switzerland 2.75% 12F Bonds due 06/10/12 | A | Interest | | | Sold | 12/10/10 | K | | |
| 36. US Treas Bill 02/25/10 | A | Interest | L | T | | | | | |
| 37. UST INFL IDX 2.125% 01/19 due 01/15/19 | A | Interest | | | Sold | 12/08/10 | L | | |
| 38. Wal-Mart Stores Inc. | A | Dividend | | | Sold | 12/13/10 | J | | |
| 39. Cenovus Energy Inc. | A | Dividend | | | Sold | 12/13/10 | J | | |
| 40. Fed. Home Loan Banks 1.200% due 6/15/12 | | None | | | Buy | 05/07/10 | J | | |
| 41. Fed. Home Loan Banks 1.200% due 6/15/12 | A | Interest | | | Sold | 09/15/10 | K | | |
| 42. DFA S/T Corp. fixed ext. qual. | | None | | | Buy | 06/02/10 | K | | |
| 43. DFA S/T Corp. fixed ext. qual. | A | Dividend | | | Sold | 12/16/10 | K | | |
| 44. Nextera Energy | | None | | | Buy | 08/03/10 | J | | |
| 45. Nextera Energy | A | Dividend | | | Sold | 12/13/10 | J | | |
| 46. Visa Inc. Cl. A | A | Dividend | K | T | Buy | 11/09/10 | K | | |
| 47. Fed. Natl. Mtg. 2.25% notes due 3/02/17 | A | Interest | J | T | Buy | 10/25/10 | J | | |
| 48. Aflac, Inc. | | None | K | T | Buy | 12/13/10 | K | | |
| 49. American Tower Corp. Class A | | None | K | T | Buy | 12/13/10 | K | | |
| 50. Enterprise Products Partners | | None | K | T | Buy | 12/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Investments and Trusts:

Line 1 - House, Oceanside, California, Appraisal 12/05/07.

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. KELLEHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>KELLEHER, Robert J. | 2. Court or Organization<br><br>US District Court, Central District of California | 3. Date of Report<br><br>04/27/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>255 East Temple Street<br>Suite 1434<br>Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | United States Tennis Association |
| 2. | Member, Executive Committee | Southern California Tennis Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Kelleher, Robert J.  A

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | House, Oceanside, California Appraisal 12/5/07 | B | Rent | P1 | Q | | | | | |
| 2. | Bank of America | | None | J | T | | | | | |
| 3. | Southland Credit Union | A | Interest | J | T | | | | | |
| 4. | Duffer Corp. | | None | J | T | | | | | |
| 5. | Pimco Total Return Fund | C | Dividend | | | Sold | 12/07/10 | L | | |
| 6. | Schwab U.S. Treasury Money Fund | A | Interest | K | T | | | | | |
| 7. | Abbott Laboratories | A | Dividend | | | Sold | 12/13/10 | J | | |
| 8. | Conoco Phillips | A | Dividend | J | T | | | | | |
| 9. | Emerson Electric | A | Dividend | J | T | | | | | |
| 10. | FPL Group Inc. | A | Dividend | J | T | | | | | |
| 11. | Johnson Johnson | A | Dividend | | | Sold | 12/13/10 | J | | |
| 12. | Microsoft Corp. | A | Dividend | J | T | | | | | |
| 13. | Nestle SA Reg. B | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 14. | Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 15. | CSI Equity Fund | A | Dividend | | | Sold | 12/16/10 | K | | |
| 16. | BASF AG Spons ADR | A | Dividend | | | Sold | 06/01/10 | J | | |
| 17. | Royal Dutch Shell A ADRF | A | Dividend | | | Sold | 03/31/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Roche Hldg. Ltd. Spon ADRF | A | Dividend | | | Sold | 12/13/10 | J | | |
| 19. IShares MSCI Japan IDX Fd | A | Dividend | | | Sold | 12/13/10 | K | | |
| 20. IShares TR Dow Jones RE | A | Dividend | | | Sold | 06/29/10 | K | | |
| 21. Fed. Farm Cr BK 3.87% 10 notes due 07/28/10 | A | Interest | L | T | | | | | |
| 22. Fed. Farm Cr BK 3.45% 12 notes due 05/16/12 | A | Interest | K | T | | | | | |
| 23. US Treas Bill 07/31/08 | A | Interest | K | T | | | | | |
| 24. US Treas Bill 01/29/09 | A | Interest | K | T | | | | | |
| 25. US Treas Bill 03/26/09 | A | Interest | K | T | | | | | |
| 26. US Treas Bill 05/28/09 | A | Interest | L | T | | | | | |
| 27. US Treas Bill 11/19/09 | A | Interest | L | T | | | | | |
| 28. Honeywell International | A | Dividend | J | T | Buy (add'l) | 12/13/10 | J | | |
| 29. Nokia Corp Spon ADR F | A | Dividend | | | Sold | 05/26/10 | J | | |
| 30. Encana Corporation F | A | Dividend | | | Sold | 12/13/10 | K | | |
| 31. ABB LTD ADR F | A | Dividend | | | Sold | 12/28/10 | J | | |
| 32. Amgen Incorporated | A | Dividend | | | Sold | 11/09/10 | J | | |
| 33. Bundesrepublik 4.25% 12F Bonds due 12/12/12 | A | Interest | | | Sold | 10/29/10 | K | | |
| 34. Canada Govt. 3.75% 12F Bonds due 06/01/12 | A | Interest | | | Sold | 12/10/10 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Switzerland 2.75% 12F Bonds due 06/10/12 | A | Interest | | | Sold | 12/10/10 | K | | |
| 36. US Treas Bill 02/25/10 | A | Interest | L | T | | | | | |
| 37. UST INFL IDX 2.125% 01/19 due 01/15/19 | A | Interest | | | Sold | 12/08/10 | L | | |
| 38. Wal-Mart Stores Inc. | A | Dividend | | | Sold | 12/13/10 | J | | |
| 39. Cenovus Energy Inc. | A | Dividend | | | Sold | 12/13/10 | J | | |
| 40. Fed. Home Loan Banks 1.200% due 6/15/12 | | None | | | Buy | 05/07/10 | J | | |
| 41. Fed. Home Loan Banks 1.200% due 6/15/12 | A | Interest | | | Sold | 09/15/10 | K | | |
| 42. DFA S/T Corp. fixed ext. qual. | | None | | | Buy | 06/02/10 | K | | |
| 43. DFA S/T Corp. fixed ext. qual. | A | Dividend | | | Sold | 12/16/10 | K | | |
| 44. Nextera Energy | | None | | | Buy | 08/03/10 | J | | |
| 45. Nextera Energy | A | Dividend | | | Sold | 12/13/10 | J | | |
| 46. Visa Inc. Cl. A | A | Dividend | K | T | Buy | 11/09/10 | K | | |
| 47. Fed. Natl. Mtg. 2.25% notes due 3/02/17 | A | Interest | J | T | Buy | 10/25/10 | J | | |
| 48. Aflac, Inc. | | None | K | T | Buy | 12/13/10 | K | | |
| 49. American Tower Corp. Class A | | None | K | T | Buy | 12/13/10 | K | | |
| 50. Enterprise Products Partners | | None | K | T | Buy | 12/13/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII - Investments and Trusts:

Line 1 - House, Oceanside, California, Appraisal 12/05/07.

| Name of Person Reporting | Date of Report |
|---|---|
| KELLEHER, Robert J. | 04/27/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. KELLEHER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544